UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CAUSE NO. 3:08-CR-124(01)RM |
| ) | |
| BRUCE SMITH ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on December 18, 2008 [Doc. No. 22]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Bruce Smith's plea of guilty, and FINDS the defendant guilty of Counts 1 and 2 of the Indictment, in violation of 18 U.S.C. §§ 922(g) and 922(g)(3).

SO ORDERED.

ENTERED:  January 5, 2009

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court